UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE GORDON,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-01095-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation and Order to Extend Discovery (Third Request) (#20), filed July 7, 2014. **Although the Court will grant a 60-day extension to complete the remaining discovery, no further extensions of discovery in this matter will be considered, absent extraordinary circumstances.** Accordingly,

**IT IS ORDERED** the following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **November 12, 2014**
2. Last date to file interim status report: **September 14, 2014**
3. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **September 14, 2014**
4. Last date to disclose rebuttal experts: **October 14, 2014**
5. Last date to file dispositive motions: **December 12, 2014**

. . .

. . .

. . .

. . .

6. Last date to file joint pretrial order: **January 12, 2015**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 8th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge