```
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
```
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAWRENCE GORDON,

    Plaintiff,                                              CASE NO.:    2:13-cv-01095-GMN-GWF

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUGLAS GILLESPIE, individually and as policy maker of Las Vegas Metropolitan Police Department; OFFICER JACQUAR ROSTON, individually; and DOE OFFICERS 1 through 10, inclusive;

    Defendants.
_____/

### STIPULATION AND ORDER TO EXTEND PLAINTIFF'S

### REPLY TO MOTION FOR SUMMARY JUDGMENT

**(First Request)**

    Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and make a joint application to extend the Plaintiff's Reply to Motion for Summary Judgment in this matter.

    1.    Discovery in this matter closed on November 12, 2014.

    2.    Plaintiff filed a Motion for Summary Judgment [doc. 37] on January 20, 2015.

    3.    Defendants opposed the Motion [doc. 40] on February 12, 2015.

1  4. The current deadline to file the Reply was March 2, 2015.

2  5. The Plaintiff seeks a six (6) day extension to file the Reply up to and including Thursday, March 12, 2015.

3  6. The parties submit that good cause exists for this extension as Plaintiff's counsel inadvertently forgot to calendar the previous deadline.

4  7. This is the first request for enlargement of time and is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 6th day of March, 2015.                             DATED this 6th day of March, 2015.

POTTER LAW OFFICES                                                  MARQUIS AURBACH COFFING

By  /s/ C. J. Potter, IV, Esq.                                      By  /s/ Craig R. Anderson, Esq.
CAL J. POTTER, III, ESQ.                                            CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1988                                                 Nevada Bar No. 6882
C. J. POTTER, IV, ESQ.                                              10001 Park Run Drive
Nevada Bar No. 13225                                                Las Vegas, NV 89145
1125 Shadow Lane                                                    *Attorney for Defendants*
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 03/06/2015**