CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAWRENCE GORDON,

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUGLAS GILLESPIE, individually and as policy maker of Las Vegas Metropolitan Police Department; OFFICER JACQUAR ROSTON, individually; and DOE OFFICERS 1 through 10, inclusive;

    Defendants.
_____/

CASE NO.:   2:13-cv-01095-GMN-GWF

### STIPULATION AND ORDER TO EXTEND TIME TO FILE

### THE JOINT PRETRIAL ORDER

**(First Request)**

    Pursuant to LR 6-1, the parties hereby stipulate, agree, and make joint application to extend the deadline to file the Joint Pretrial Order ("JPTO"), which is due on Wednesday, October 14, 2015, up to and including Wednesday, October 21, 2015.

    The parties request this brief extension as the parties are actively working on completing the JPTO for the deadline, but require more time to do so in order to properly set forth the information necessary for trial and to properly format the document.

1     This is the first request for extension and is not made for the purposes of delay.

2     APPROVED AS TO FORM AND CONTENT.

| | |
|---|---|
| DATED this 13th day of October, 2015. | DATED this 13th day of October, 2015. |
| POTTER LAW OFFICES | MARQUIS AURBACH COFFING |
| By  /s/ C. J. Potter, IV, Esq. | By  /s/ Craig R. Anderson, Esq. |
| CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 1988<br>C. J. POTTER, IV, ESQ.<br>Nevada Bar No. 13225<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED.

October 14, 2015
DATED

_____
UNITED STATES MAGISTRATE JUDGE

2