CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

•••••

| | |
|---|---|
| LAWRENCE GORDON,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUGLAS GILLESPIE, individually and as policy maker of Las Vegas Metropolitan Police Department; OFFICER JACQUAR ROSTON, individually; and DOE OFFICERS 1 through 10, inclusive;<br><br>          Defendants. | CASE NO.:   2:13-cv-01095-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS IN LIMINE**<br>**(First Request)** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Responses to Defendants' Motions in Limine [ECFs 58, 59, 60, 61, & 62] filed on June 24, 2016, currently due July 11, 2016, be extended two (2) days up to and including Wednesday, July 13, 2015.

Although Plaintiff's counsel has been actively working on responding to Defendants' Motion, Plaintiffs' counsel has been unable to complete the Responses. Since the filing of Defendants' Motions, Plaintiff's counsel has had seven (7) depositions; one (1) preliminary hearing; one (1) evidentiary hearing; three (3) Ninth Circuit appellate briefs; eleven (11) oppositions to motions in limine; as well as other general appearances and deadlines.

Plaintiff's counsel will be able to finalize the Responses with a brief extension up to and including Wednesday, July 13, 2016.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Responses be extended two (2) days up to and including Wednesday, July 13, 2016.

APPROVED AS TO FORM AND CONTENT.

DATED this 11th day of July, 2016.

POTTER LAW OFFICES

By   /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada  89102
*Attorneys for Plaintiff*

DATED this 11th day of July, 2016.

MARQUIS AURBACH COFFING

By   /s/ Craig R. Anderson, Esq.
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this   13   day of July, 2016.