**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
   Attorneys for Defendants LVMPD and Ofc. Roston

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE GORDON,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER JACQUAR ROSTON, individually; and DOE OFFICERS 1 through 10, inclusive,<br><br>                Defendant. | Case Number:<br>2:13-cv-01095-GMN-GWF<br><br>**<u>JOINT STATUS REPORT</u>** |

      Per the Court's July 19, 2016 Minute Order in Chambers [ECF No. 86], the parties herby submit their joint status report regarding settlement documents.

      1.    All settlement documents have been executed;

      2.    The settlement is not on the agenda to be heard by the Clark County Fiscal Affairs Committee until September 26, 2016;

      3.    The settlement check will be delivered to the Plaintiff within ten days of the Clark County Fiscal Affairs Committee approving the settlement and the Parties will file a stipulation and order to dismiss; and

      / / /

      / / /

      / / /

MAC:05166-711 2885127_1 9/2/2016 11:53 AM

4. The Parties respectfully request that the Court move the status check regarding the settlement documents until at least October 10, 2016.

Dated this 2nd day of September, 2016.  Dated this 2nd day of September, 2016.

MARQUIS AURBACH COFFING             POTTER LAW OFFICES

By: ___s/Craig R. Anderson_____   By: ___s/C.J. Potter, IV_____
    Craig R. Anderson, Esq.                           Cal J. Potter, III, Esq.
    Nevada Bar No. 6882                               Nevada Bar No. 1988
    10001 Park Run Drive                              C.J. Potter, IV, Esq.
    Las Vegas, Nevada 89145                           Nevada Bar No. 13225
    Attorneys for Defendants LVMPD and                1125 Shadow Lane
    Ofc. Roston                                       Las Vegas, Nevada 89102
                                                      Attorney for Plaintiff

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __2__ day of September, 2016.